HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

   Plaintiff,

   v.

SERAPIA MATAMOROS, *et al.*,

   Plaintiff-Intervenors,

   v.

TRANS OCEAN SEAFOODS, INC.,

   Defendant.

Case No. C15-1563-RAJ

ORDER

This matter comes before the Court on Plaintiff Equal Employment Opportunity Commission ("EEOC") and Plaintiff-Intervenors' Motion to Compel Rule 34(a)(2) Site Inspection (Dkt. # 40), Defendant Trans Ocean Seafoods, Inc.'s ("Trans Ocean") Motion for Continuance of Trial Date, Discovery Cutoff, and Related Dates (Dkt. # 49), Trans Ocean's Motion for Protective Order Regarding 30(b)(6) Deposition (Dkt. # 52), EEOC and Plaintiff-Intervenors' Cross-Motion For Sanctions (Dkt. # 55), EEOC and Plaintiff-Intervenors' Motion to Strike Defendant's Surreply (Dkt. # 61), and Trans Ocean's Motion to Extend Depositions and for Sanctions (Dkt. # 68).

On February 2, 2017, the Court held a hearing on these pending discovery motions. The Court has considered the briefing submitted by the parties, relevant

ORDER – 1

portions of the record, and the oral arguments of counsel.  For the reasons stated on the record at the conclusion of the hearing and in accordance with the parameters articulated therein, the Court **GRANTS** EEOC and Plaintiff-Intervenors' Motion to Compel Rule 34(a)(2) Site Inspection (Dkt. # 40), **DENIES** Trans Ocean's Motion for Continuance of Trial Date, Discovery Cutoff, and Related Dates (Dkt. # 49), **DENIES** Trans Ocean's Motion for Protective Order Regarding 30(b)(6) Deposition (Dkt. # 52), **DENIES** EEOC and Plaintiff-Intervenors' Cross-Motion For Sanctions (Dkt. # 55), **DENIES** EEOC and Plaintiff-Intervenors' Motion to Strike Defendant's Surreply (Dkt. # 61), and **GRANTS in part** and **DENIES in part** Trans Ocean's Motion to Extend Depositions and for Sanctions (Dkt. # 68).

DATED this 3rd day of February, 2017.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

ORDER – 2