HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

  v.

SERAPIA MATAMOROS, *et al.*,

    Plaintiff-Intervenors,

  v.

TRANS OCEAN SEAFOODS, INC.,

    Defendant.

Case No. 15-1563-RAJ

ORDER

This matter comes before the Court on Plaintiff Equal Employment Opportunity Commission and Plaintiff-Intervenors' (collectively, "Plaintiffs") Motion For Sanctions Related to 30(B)(6) Deposition. Dkt. # 108. At the pretrial conference on March 17, 2017, the Court, having considered the parties' briefs and the relevant portions of the record, heard oral argument on the motion and issued its ruling on the record as follows.

The Court **GRANTS in part** and **DENIES in part** the motion. By 12:00 p.m. on Wednesday, March 23, 2017, Defendant Trans Ocean Seafoods, Inc. ("Trans Ocean") is **ORDERED** to provide to Plaintiffs records of its financial condition in a usable format. Within the same timeframe, Trans Ocean is further **ORDERED** to make available prepared Rule 30(b)(6) witnesses to be redeposed by Plaintiffs. Lastly, Trans Ocean is

ORDER – 1

**ORDERED** to pay the expenses incurred by Plaintiffs due to Trans Ocean's failure to produce a prepared designee for the 30(b)(6) deposition, including:

a. Attorney's fees of $1,625 incurred by Northwest Justice Project ("NJP") in preparing for and taking the 30(b)(6) deposition.
b. Travel expenses of $140.15 incurred by NJP in taking the 30(b)(6) deposition in Bellingham, WA.
c. Expenses incurred by the Equal Employment Opportunity Commission for the 30(b)(6) videographer and court reporter of $3,296.58.
d. Attorney's fees of $1,312 incurred by NJP in filing this motion.

DATED this 17th day of March, 2017.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER – 2