UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

        Plaintiff,

    v.

SERAPIA MATAMOROS, *et al.*,

        Plaintiff-Intervenors,

    v.

TRANS OCEAN SEAFOODS, INC.,

        Defendant.

Case No. 15-1563-RAJ

JUDGMENT

This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. As set forth in the jury's verdict form entered on April 24, 2017, Judgment is entered in favor of Defendant Trans Ocean Seafoods, Inc.:

    (1) Against Plaintiff Equal Employment Opportunity Commission (EEOC) seeking relief for Serapia Matamoros, Elena Perea Olea, and Celia Sanchez Perea for retaliation under federal law;

    (2) Against Plaintiff EEOC seeking relief for Elena Perea Olea, Celia Sanchez Perea, and Maricela Dominguez for sexual harassment under federal law;

    (3) Against Plaintiffs-Intervenors Serapia Matamoros, Elena Perea Olea, and Celia

ORDER – 1

Sanchez Perea for retaliation under federal and state law;

(4) Against Plaintiffs-Intervenors Elena Perea Olea and Celia Sanchez Perea for sexual harassment under federal and state law; and

(5) Against Plaintiff EEOC seeking relief for Maricela Dominguez for constructive discharge under federal law. On this claim, the jury found that Maricela Dominguez was constructively discharged, but awarded none of the relief sought by EEOC.

The jury was unable to reach a verdict on the EEOC's federal sexual harassment claim seeking relief for Serapia Matamoros and Plaintiff-Intervenor Serapia Matamoros' federal and state sexual harassment claims. The court declares a **MISTRIAL** on EEOC's federal sexual harassment claims seeking relief for Serapia Matamoros and Plaintiff-Intervenor Serapia Matamoros' federal and state sexual harassment claims.

DATED this 14th day of June, 2017.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER – 2