HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

  v.

SERAPIA MATAMOROS, *et al.*,

    Plaintiff-Intervenors,

  v.

TRANS OCEAN SEAFOODS, INC.,

    Defendant.

Case No. 15-1563-RAJ

ORDER

This matter comes before the Court on Plaintiffs-Intervenors Serapia Matamoros Perea, Elena Perea Olea, and Celia Sanchez Perea's Motion for Leave to File Over-Length Brief in Motion for a New Trial. Dkt. # 223. The Court **GRANTS in part** and **DENIES in part** Plaintiffs-Intervenors' motion.

The Court held a jury trial from March 27 to April 24, 2017. The jury reached a partial verdict. The Court declared a mistrial on those claims as to which the jury could not reach a verdict. Now, Plaintiffs-Intervenors' seek permission to file a Rule 59 motion for a new trial that is eighteen pages longer than the twelve-page limitation set forth under Local Civil Rule 7(e).

Under Local Civil Rule 7(f), motions to file an over-length brief are "disfavored."

ORDER – 1

| | |
|---|---|
| 1 | Plaintiffs-Intervenors contend that eighteen additional pages are necessary because of the |
| 2 | length of trial, number of witnesses, the jury's partial verdict, and the complexity of their |
| 3 | arguments for a new trial. |
| 4 | The Court **GRANTS in part** and **DENIES in part** Plaintiffs-Intervenors' motion. |
| 5 | Dkt. # 223. The Court agrees that additional pages are warranted given the length of trial |
| 6 | and number of witnesses, but disagrees with the number of pages requested. Plaintiffs- |
| 7 | Intervenors may file a Rule 59 motion that exceeds the twelve-page limit by **six pages**. |

Plaintiffs-Intervenors contend that eighteen additional pages are necessary because of the length of trial, number of witnesses, the jury's partial verdict, and the complexity of their arguments for a new trial.

The Court **GRANTS in part** and **DENIES in part** Plaintiffs-Intervenors' motion. Dkt. # 223. The Court agrees that additional pages are warranted given the length of trial and number of witnesses, but disagrees with the number of pages requested. Plaintiffs-Intervenors may file a Rule 59 motion that exceeds the twelve-page limit by **six pages**.

DATED this 6th day of July, 2017.

The Honorable Richard A. Jones
United States District Judge

ORDER – 2