**THE HONORABLE RICHARD A. JONES**

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br>and,<br><br>SERAPIA MATAMOROS PEREA, ELENA PEREA OLEA, and CELIA SANCHEZ PEREA,<br>Plaintiff-Intervenors,<br>v.<br><br>TRANS OCEAN SEAFOODS, INC., dba NEW ENGLAND SHELLFISH ,<br><br>Defendant. | Case No. 2:15-CV-01563-RAJ<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO SET NEW TRIAL AND FOR PRETRIAL CONFERENCE** |

AFTER REVIEWING THE PLAINTIFFS' MOTION TO SET NEW TRIAL AND FOR PRETRIAL CONFERENCE (Dkt. # 229), the Court hereby **GRANTS in part** and **DENIES in part** the Plaintiffs' motion. The Court agrees that a new trial is necessary on the issues as to which the Court declared a mistrial. The Court disagrees that a pretrial conference is necessary to set a trial date and pretrial deadlines. Within seven (7) days from the date of this Order, the

\\

\\

**[PROPOSED] ORDER REGARDING PLAINTIFFS' MOTION TO SET NEW TRIAL-** 2:15-CV-01563-RAJ
Page 1 of 2

EQUAL EMPLOYMENT OPPORTUNITYCOMMISSION
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

parties shall submit a joint status report setting forth their respective positions concerning the date of trial and pretrial deadlines.

Dated this 3rd day of August, 2017.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

[PROPOSED] ORDER REGARDING PLAINTIFFS' MOTION TO SET NEW TRIAL-
2:15-CV-01563-RAJ

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882