**THE HONORABLE RICHARD A. JONES**

1

2

3

4

5                            UNITED STATES DISTRICT COURT
                           WESTERN DISTRICT OF WASHINGTON
6                                      AT SEATTLE

7   EQUAL EMPLOYMENT OPPORTUNITY          No. C15-1563 RAJ
    COMMISSION,
8
                       Plaintiff;
9
          and
10
    SERAPIA MATAMOROS, et al.,            [PROPOSED] **CONSENT DECREE**
11
                       Plaintiffs-Intervenors;
12
          v.
13
    TRANS OCEAN SEAFOODS, INC., dba
14  NEW ENGLAND SHELLFISH

15                     Defendant.

16

## I.   NATURE OF THE ACTION

17

18      1.1     This action originated when Serapia Matamoros, Elena Perea Olea, and Celia

19      Sanchez Perea (the "Charging Parties") filed charges of discrimination ("the

20      charges") against Trans Ocean Seafoods, Inc., dba New England Shellfish

21      ("Trans Ocean" or "Defendant") with the U.S. Equal Employment Opportunity

22      Commission (the "Commission"). The Charging Parties alleged that Trans Ocean

23

[PROPOSED] CONSENT DECREE (NO. C15-1563RAJ)
– 1

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
SEATTLE FIELD OFFICE
909 FIRST AVENUE, SUITE 400
SEATTLE, WASHINGTON  98104-1061
(206) 220-6883

subjected them to a hostile work environment based on sex and retaliated against them for opposing the sexually hostile work environment in violation of Title VII of the Civil Rights Act of 1964, as amended ("Title VII"), 42 U.S.C. § 2000e, *et seq.*

1.2    The Commission investigated the charges and discovered the related claims of Maricela Dominguez, who alleged sexual harassment and constructive discharge, and Saul Martinez, who alleged retaliation.

1.3    Following its investigation of the charges, the Commission issued Letters of Determination, finding reasonable cause to believe that Trans Ocean violated Title VII as to the above five individuals.  Thereafter, the EEOC attempted to conciliate the charges, and conciliation was unsuccessful.

1.4    The Commission filed this lawsuit on September 30, 2015, in the United States District Court for the Western District of Washington, seeking relief for the Charging Parties on allegations of sexual harassment and retaliation, seeking relief for Ms. Dominguez on allegations of sexual harassment and constructive discharge, and seeking relief for Mr. Martinez on allegations of retaliation. The EEOC filed an amended complaint on March 22, 2017 to voluntarily dismiss Mr. Martinez from this action. Serapia Matamoros, Elena Perea Olea, and Celia Sanchez Perea are collectively referred to in this Consent Decree as the "Claimants."

1.5    Claimants Serapia Matamoros, Elena Perea Olea, and Celia Sanchez Perea filed a complaint in intervention on December 9, 2015, alleging that Trans Ocean

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
SEATTLE FIELD OFFICE
909 FIRST AVENUE, SUITE 400
SEATTLE, WASHINGTON  98104-1061
(206) 220-6883

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

violated Title VII and the Washington Law Against Discrimination.  A jury trial resulted in a defense verdict on certain claims, including those of EEOC seeking relief for Maricela Dominguez.  Thereafter, Plaintiff EEOC and Serapia Matamoros moved for a new trial on her claim of sexual harassment, and the Court granted the motion.  Elena Perea Olea and Celia Sanchez Perea moved for a new trial on their sexual harassment claims, and the Court granted their motion.

1.6    The Commission and Trans Ocean enter into this Consent Decree to avoid the cost and uncertainties of further litigation, to fully and finally settle this matter, and to further the objectives of equal employment opportunity as set forth in Title VII.

## 2.    JURISDICTION AND VENUE

2.1    Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343, and 1345.  This action is authorized and instituted pursuant to Sections 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e-5(f)(1) and (3) ("Title VII"), and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a.  The Commission and Trans Ocean agree that the underlying acts are alleged to have taken place within the jurisdiction of the United States District Court for the Western District of Washington.

## 3.    SCOPE OF SETTLEMENT

3.1    This Consent Decree is the final and complete resolution of all claims that arose from the allegations of unlawful employment practices contained in the charges, in the EEOC's administrative determinations, and in the EEOC complaints filed

[PROPOSED] CONSENT DECREE (NO. C15-1563RAJ) – 3

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
SEATTLE FIELD OFFICE
909 FIRST AVENUE, SUITE 400
SEATTLE, WASHINGTON  98104-1061
(206) 220-6883

1

2

herein, including all claims by the EEOC and Trans Ocean for attorney fees and

costs.

3    3.2    No waiver, modification, or amendment of any provision of this Consent Decree

4          shall be effective unless made in writing and approved by the EEOC and Trans

5          Ocean, and any substantive change, modification or amendment of any provision

6          of this Consent Decree shall also require approval by the Court.

7    3.3    This Consent Decree shall encompass and apply to all Trans Ocean officers,

8          managers, supervisors, and employees at its facilities within the Western District

9          of Washington.

10   **4.    MONETARY RELIEF**

11   4.1    In settlement of all claims in the Commission's Complaint against Trans Ocean,

12          Defendant shall pay within 30 days after entry of this Consent Decree a total sum

13          of $75,000.00 Seventy-Five Thousand Dollars ("Settlement Amount").  Monies

14          shall be further allocated from the Settlement Amount in (1) amounts payable to

15          Serapia Matamoros, Elena Perea Olea, and Celia Sanchez Perea within the

16          EEOC's discretion and in consultation with the Claimants.  Trans Ocean will not

17          condition the receipt of monetary relief on the Claimants' agreement to: (a)

18          maintain as confidential the facts and/or allegations underlying his charge and the

19          complaint and the terms of this Decree; (b) waive their statutory rights to file a

20          charge with any governmental agency; (c) refrain from reapplying for a job with

21          Defendant; or (d) agree to a non-disparagement and/or confidentiality agreement.

22   4.2    The Commission will provide Trans Ocean not later than November 2, 2017 with

23          the individual amount payable from the Settlement Amount.  Defendant will issue

          each Claimant an IRS form 1099 for the payment of emotional distress damages

[PROPOSED] CONSENT DECREE (NO. C15-1563RAJ)
– 4

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
SEATTLE FIELD OFFICE
909 FIRST AVENUE, SUITE 400
SEATTLE, WASHINGTON  98104-1061
(206) 220-6883

1    described in this subpart.  Claimants' counsel Northwest Justice Project will

2    provide instruction for payment of monies to the Claimants.

3    **4.3**    Trans Ocean will mail proof of payment of monies to the Claimants to the

4    following address at the same time that payment is made to any payee:

5    Carmen Flores
     U.S. Equal Employment Opportunity Commission
6    Seattle Field Office
     909 First Avenue, Suite 400
7    Seattle, WA 98104

8    **5.    INJUCTIVE & OTHER RELIEF**

9    **5.1    General Provisions**. Trans Ocean, its officers, managers, supervisors, and

10   employees, and successors and assigns at the time this Consent Decree becomes

11   effective, are enjoined from engaging in practices that constitute harassment in

12   violation of Title VII based on an employee or applicant's sex. In recognition of

13   its continuing obligations under Title VII, Trans Ocean shall institute the

14   following policies and practices, which shall remain in effect at all of its facilities

15   in the Western District of Washington for the duration of this Consent Decree.

16   The policies and procedures will state that they are promulgated at the direction of

17   and with the endorsement by the highest level of Trans Ocean's management.

18   These policies and procedures shall be provided to the EEOC for review and

19   comment no later than thirty (30) days prior to implementation.  Within fourteen

20   (14) days of receipt, the EEOC will advise Defendant of any comments.  EEOC

21   agrees to review the proposed policies and procedures in good faith.

22

23

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
SEATTLE FIELD OFFICE
909 FIRST AVENUE, SUITE 400
SEATTLE, WASHINGTON 98104-1061
(206) 220-6883

5.2   **Anti-Discrimination and Harassment Policies**. Within thirty (30) days of entry of the Consent Decree, Trans Ocean shall have anti-discrimination and harassment policies, and incorporate them into an employee handbook, that include the following elements:

(A)   Clear definitions of prohibited harassment based on sex;

(B)   Clear examples to supplement the definitions of prohibited harassment based on sex, including examples involving sexual harassment arising in both the coworker and supervisory contexts;

(C)   Provisions for discipline up to and including termination for incidents of discriminatory harassment and the failure of managers, supervisors, and employees to report harassment of which they have knowledge;

(D)   Provisions that complaints of harassment may be made orally or in writing;

(E)   Provisions that Trans Ocean will conduct a prompt and thorough investigation after a complaint is made or received and, where appropriate, take remedial action upon conclusion of an investigation, as described below.

5.3   **Language used in policies.** Trans Ocean shall ensure that all of its EEO policies and procedures, including those specifically referenced in this Consent Decree, are written in English and Spanish, and communicated otherwise in Mixteco or any other language principally used in the workplace, and are distributed to all employees.

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
SEATTLE FIELD OFFICE
909 FIRST AVENUE, SUITE 400
SEATTLE, WASHINGTON  98104-1061
(206) 220-6883

**5.4**   **Disseminating policies.** Trans Ocean will disseminate any new or revised anti-discrimination and harassment policies as described above by (a) distributing the new policies to its existing workforce within thirty (30) days of the policy's adoption; and (b) providing a copy of the policies to all new employees within ten (10) days of being hired or rehired.

**5.5**   **Complaint Procedures.** Within thirty (30) days of entry of the Consent Decree, Trans Ocean shall have internal complaint policies and procedures that include a statement from its highest-ranking officials designed to encourage employees to come forward with complaints about alleged or suspected violations of its anti-discrimination and harassment policies. These procedures shall identify mechanisms will continue to include avenues for making complaints to Trans Ocean personnel other than the complaining employee's immediate supervisor. These policies shall protect the confidentiality of the complaining party to the extent possible. Phone numbers for all avenues for reporting are and will continue to be included in the policy as well as posted in a conspicuous place at each of Trans Ocean's facilities.

(A)   *Prompt Investigations.* Trans Ocean shall ensure that its policies and procedures provide that complaint handling and disciplinary procedures regarding all complaints of discrimination, including harassment shall be investigated, properly documented and addressed promptly. The investigation shall, at a minimum, including requirements that (1) Trans Ocean shall begin its investigation of a complaint not later than two business

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
SEATTLE FIELD OFFICE
909 FIRST AVENUE, SUITE 400
SEATTLE, WASHINGTON  98104-1061
(206) 220-6883

days after receipt and (2) Trans Ocean shall memorialize findings and

corrective action in a written report including the complaint allegations, the

identity of named witnesses, all witness statements, a summary of

documentary evidence, an explanation of investigative findings and a

description of any corrective action taken.

5.6    ***Managerial and Supervisory Monitoring Duties.*** Trans Ocean shall advise its

managers, supervisors, and employees of their duty to actively monitor their

work areas to ensure employees' compliance with the company's EEO policies,

and to report any incidents or complaints of discrimination, including

harassment, of which they become aware to the Trans Ocean employees

responsible for handling such complaints. Trans Ocean's discipline policy shall

provide for supervisor accountability with respect to EEO policies and

procedures.

5.7    ***Qualifications and Performance Standards for Managers, and Supervisors.***

Trans Ocean, in evaluating the performance of managers and supervisors, shall

consider how these employees resolve EEO issues. Trans Ocean will include

"commitment to equal employment opportunity" as a criterion for qualification

for these positions to the same extent that other criteria are included.

5.8    ***Training.*** Within sixty (60) days of entry of the Consent Decree, Trans Ocean

will require its managers, supervisors, and employees to attend four hours of

mandatory training on sexual harassment. The training shall ensure that all

employees understand their rights and responsibilities under anti-discrimination

[PROPOSED] CONSENT DECREE (NO. C15-1563RAJ)
– 8

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
SEATTLE FIELD OFFICE
909 FIRST AVENUE, SUITE 400
SEATTLE, WASHINGTON  98104-1061
(206) 220-6883

and anti-harassment laws and Trans Ocean's policies and procedures.  The

training shall educate employees about conduct that is unacceptable in the

workplace, including behavior which, if left unchecked, may rise to the level of

harassment. The training shall also include instruction to bystanders as to their

responsibility for reporting workplace harassment to management.  The training

shall include specific instruction on Trans Ocean's revised policies and

procedures, including avenues for complaints, and will include sample scenarios

specifically related to sexual harassment.  Such training will be provided in

English, Spanish and Mixteco as needed. Trans Ocean will maintain attendance

records for such training.  The costs of the training shall be borne by Trans

Ocean.

5.9     Trans Ocean shall conduct annual, three-hour trainings for all managers,

supervisors, and employees on the same subject matter for the duration of this

Consent Decree.

5.10    Trans Ocean shall ensure that all training is conducted by a third party with

established experience conducting anti-harassment training.   Trans Ocean shall

identify all proposed trainers for the initial training within thirty (30) days of

entry of the Consent Decree.  The EEOC will raise any objections to the

proposed trainers within fourteen (14) days.  Thereafter, Trans Ocean shall

provide EEOC with copies of all training materials no later than thirty (30) days

prior to use.  The EEOC will advise Trans Ocean of any comments to proposed

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
SEATTLE FIELD OFFICE
909 FIRST AVENUE, SUITE 400
SEATTLE, WASHINGTON  98104-1061
(206) 220-6883

1    training materials within fourteen (14) days.  The EEOC agrees to review the

2    training materials in good faith.

3    (A)  *Trainer & Training Materials.* Trans Ocean shall identify for the

4         Commission any training programs discussed above in paragraph 5.8 at least

5         30 days before the training and shall forward the Commission information

6         sufficient to establish the content of those programs.

7    5.11  **Employee Records.** Within thirty (30) days of entry of this Consent Decree,

8    Trans Ocean shall certify to the Commission that the Claimants' personnel file(s)

9    have no reference to any charge or allegation of discrimination against Trans

10   Ocean and this lawsuit. Upon request, Trans Ocean shall provide the Claimants

11   with a neutral employment reference confirming the dates of employment and

12   position(s) held.

13   5.12  **Reporting**. Trans Ocean shall report to the Commission for a period of two (2)

14   years, which shall run from the date on which the United States District Court for

15   the Western District of Washington enters this Consent Decree. The reports must

16   be in writing and submitted on an annual basis during the two-year reporting

17   period, with the first of such reports being completed no later than six months

18   after the Court enters the Consent Decree. The reports must include the

19   following elements:

20   (A)  *Certifications.* As part of each annual report, Trans Ocean will certify that it

21        has:

22

23

[PROPOSED] CONSENT DECREE (NO. C15-1563RAJ)
– 10

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
SEATTLE FIELD OFFICE
909 FIRST AVENUE, SUITE 400
SEATTLE, WASHINGTON  98104-1061
(206) 220-6883

(1)     Maintained written EEO policies and procedures and distributed copies of its EEO policies to all new and current employees, as described in paragraphs 5.1-5.3, and to all employees during the training described in paragraph 5.7;

(2)     Complied with the training provisions enumerated in this Consent Decree, as provided in paragraphs 5.7 -5.9;

(3)     Continued to promote policies and procedures to promote EEO accountability by managers and supervisors as required by paragraphs 5.5 and 5.6;

(4)     Complied with all other provisions of this Consent Decree; and

(5)     Confirmed that the attendance records of the training are in Trans Ocean's possession.

(B)   *Copies of Documents.* As part of each annual report, Trans Ocean will attach copies of the following documents:

(1)     A copy of Trans Ocean's current EEO policies and procedures;

(2)     A list identifying changes, modifications, revocations or revisions, if any, to EEO policies and procedures, concerning or affecting Trans Ocean's harassment policies;

(3)     A summary of all formal and informal sexual harassment complaints at Trans Ocean, if any, by employees and the resolution of each such complaint, identifying the name of the complainant, the home address, home and cell numbers and email address of the

[PROPOSED] CONSENT DECREE (NO. C15-1563RAJ) – 11

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
SEATTLE FIELD OFFICE
909 FIRST AVENUE, SUITE 400
SEATTLE, WASHINGTON  98104-1061
(206) 220-6883

complainant, the date of the incident, and a dated report of the

resolution and date of resolution for each complaint including the

particulars of the complaint, the individuals involved, a summary

of the investigation, and the company's determination and any

corrective action taken; and

(4)     A sign-in sheet or list of names and job titles of the managers,

supervisors, and employees who completed EEO training, as

described in paragraph 5.8, and the date(s) the training was

conducted;

5.13    **Posting**. Trans Ocean shall post the notice attached to this Consent Decree as

*Exhibit A* in a clearly visible location frequented by its employees. The notice

will be posted in English and Spanish, and communicated otherwise in Mixteco,

and will remain posted for the duration of the Consent Decree.

## 6.    SUCCESSOR LIABILITY

6.1     During the term of this Consent Decree, Trans Ocean will provide prior written

notice to any potential purchaser of Trans Ocean's businesses, a purchaser of all

or a portion of Trans Ocean's assets, or a successor-in-interest of the EEOC's

lawsuit, the allegations raised in the EEOC's complaint, and a copy of this

Consent Decree within thirty (30) days prior to the execution of any agreement

for acquisition or assumption of control of any or all of Trans Ocean's facilities,

or other material change in corporate structure, and will simultaneously inform

the Commission of the same.

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
SEATTLE FIELD OFFICE
909 FIRST AVENUE, SUITE 400
SEATTLE, WASHINGTON  98104-1061
(206) 220-6883

**7.   DISPUTE RESOLUTION**

7.1    If the Commission determines that Trans Ocean has not complied with the terms

of this Consent Decree, the Commission will provide written notification of the

alleged breach to Trans Ocean and its counsel of record. The Commission may

not petition the Court for enforcement of this Consent Decree for at least twenty

(20) days after notifying Trans Ocean of the alleged breach. The Commission

and Trans Ocean shall use the 20-day period following the written notice for

good faith efforts to resolve the dispute.

**8.   NOTICE**

8.1    All notices, reports and correspondence required under this decree will be

delivered to the attention of:

Carmen Flores
Equal Opportunity Commission
Seattle Field Office
909 First Avenue, Suite 400
Seattle, WA 98104
carmen.flores@eeoc.gov

**9.   RETENTION OF JURISDICTION**

9.1    The United States District Court for the Western District of Washington will

retain jurisdiction over this matter for the duration of this Consent Decree.

**10.   DURATION OF CONSENT DECREE**

10.1    This Consent Decree shall be in effect for two (2) years from the date the Court

enters the Consent Decree. If the Commission petitions the Court for breach of

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
SEATTLE FIELD OFFICE
909 FIRST AVENUE, SUITE 400
SEATTLE, WASHINGTON  98104-1061
(206) 220-6883

1    this Consent Decree, and the Court finds Trans Ocean has violated the terms of

2    the Consent Decree, the Court may extend the duration of this Consent Decree.

3  **11.   EFFECTIVE DATE**

4    11.1    The parties are not bound by any provision of this Consent Decree until it is

5    entered by the Court.

6    DATED this <u>8th</u> day of November, 2017.

7  ROBERTA L. STEELE                         JAMES L. LEE
   Regional Attorney                         Deputy General Counsel

8  JOHN F. STANLEY                           GWENDOLYN Y. REAMS
   Supervisory Trial Attorney                Associate General Counsel

9

10 CARMEN FLORES                             Office of the General Counsel
   Senior Trial Attorney                     131 M Street, N.E.
                                             Washington, D.C. 20507

11

12 BY: *s/ Roberta L. Steele*
   EQUAL EMPLOYMENT OPPORTUNITY
   COMMISSION

13 909 First Avenue, Suite 400
   Seattle, WA  98104-1061

14 Facsimile (206) 220-6911
   Telephone (206) 220-6853

15                     Attorneys for Plaintiff EEOC

16

17 *s/Gregory E. Jackson*
   GREGORY E. JACKSON, WSBA #17541

18 JOHN R. NICHOLSON, WSBA #30499
   AMEE J. TILGER, WSBA #34613

19 Freimund Jackson & Tardif, PLLC
   701 5th Avenue, Suite 3545

20 Seattle, WA 98104
   Telephone: (206) 582-6001

21 Facsimile: (206) 466-6085

22                     Attorneys for Defendant

23

[PROPOSED] CONSENT DECREE (NO. C15-1563RAJ)
– 14

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
SEATTLE FIELD OFFICE
909 FIRST AVENUE, SUITE 400
SEATTLE, WASHINGTON  98104-1061
(206) 220-6883

*Exhibit A*



**NOTICE TO EMPLOYEES**

This notice is posted pursuant to the settlement of a lawsuit:  *EEOC and Matamoros, et al., v. Trans Ocean Seafoods, Inc. dba New England Shellfish,* No. C15-1563-RAJ (W.D. Wash.). The settlement is by "Consent Decree," meaning a court-ordered document that contains all settlement terms.

In accordance with the Consent Decree, Trans Ocean will provide anti-discrimination training to all supervisors, management, and employees; provide its Equal Employment policies to all employees; implement policies to ensure supervisor accountability with regard to anti-discrimination practices; and report to the EEOC all complaints of sexual harassment it receives from Trans Ocean's employees for the next two (2) years.

Federal law prohibits an employer from discriminating against any individual based on the individual's sex with respect to hiring, promotion, demotion, terms and conditions of employment, and/or termination. Federal law also prohibits an employer from allowing any employee to be harassed because of sex. It is also unlawful for an employer to retaliate against those who oppose or resist harassment or discrimination or participate in investigations or legal proceedings regarding complaints of discrimination.

If you believe that you have been harassed, discriminated against because of your sex, national origin, age, race, color, religion, or disability, you are encouraged to contact your supervisor or Francisco Santelices at the following phone number: (360) 961-7715.

Employees have the right to bring complaints of discrimination, including sexual harassment to the U.S. Equal Employment Opportunity Commission, Seattle Field Office at 909 1st Avenue, Suite 400, Seattle, WA 98104-1061, (206) 220-6885, and 1-800-699-4000.

This notice shall remain posted in English and Spanish, and communicated in Mixteco, until November ___, 2019. This official Notice shall not be altered, defaced, covered, or obstructed by any other material.