THE HONORABLE RICHARD A. JONES

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | Case No. C: 15-01563 |
| Plaintiff, | **[PROPOSED] ORDER** |
| and, | **APPROVING CONSENT DECREE** |
| SERAPIA MATAMOROS, et al., | |
| Plaintiff-Intervenors, | |
| v. | |
| TRANS OCEAN SEAFOODS, INC., | |
| Defendant. | |

The Court, having considered the foregoing stipulated agreement of the parties, HEREBY ORDERS THAT the Consent Decree be, and the same hereby is, approved as the final decree of this Court in full settlement of this action.  This lawsuit is hereby dismissed with

/ / /

[PROPOSED] ORDER APPROVING CONSENT DECREE
2:15-CV-01563-RAJ
Page 1 of 3

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6883
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882

prejudice and without costs or attorneys' fees.  The Court retains jurisdiction of this matter for purposes of enforcing the Consent Decree approved herein.

DATED this ___ day of _____, 2017.

_____
THE HONORABLE RICHARD A. JONES
UNITED STATES DISTRICT JUDGE

PRESENTED this <u>8th</u> day of <u>November</u>, 2017, by:

EQUAL EMPLOYMENT OPPORTUNITY  COMMISSION

| | |
|---|---|
| ROBERTA STEELE<br>Regional Attorney | JAMES L. LEE<br>Deputy General Counsel |
| JOHN F. STANLEY<br>Supervisory Trial Attorney | GWENDOLYN Y. REAMS<br>Associate General Counsel |
| CARMEN FLORES<br>Senior Trial Attorney | |
| BY: <u>s/ Carmen Flores</u><br>909 First Avenue, Suite 400<br>Seattle, WA  98104-1061<br>Telephone (206) 220-6916<br>Facsimile (206) 220-6911 | Office of the General Counsel<br>131 M Street, N.E.<br>Washington, D.C. 20507 |

Attorneys for Plaintiff

[PROPOSED] ORDER APPROVING CONSENT DECREE
2:15-CV-01563-RAJ
Page 2 of 3

**EQUAL EMPLOYMENT OPPORTUNITYCOMMISSION
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6883
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882**

**CERTIFICATE OF SERVICE**

I hereby certify that on **November 8, 2017**, I served the foregoing **"[PROPOSED] ORDER APPROVING CONSENT DECREE"** via e-mail on the following attorneys of record:

Gregory E. Jackson, gregj@fjtlaw.com

John R. Nicholson, john@fjtlaw.com

Amee J. Tilger, ameet@fjtlaw.com

Mary Welch, maryw@nwjustice.org

Alyson Dimmitt Gnam, alysond@nwjustice.org

*/s/ Victoria Richardson*
VICTORIA RICHARDSON
EEOC Paralegal

[PROPOSED] ORDER APPROVING CONSENT DECREE
2:15-CV-01563-RAJ
Page 3 of 3

**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6883
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882