# Exhibit A –
# 2017 0914 Email from Aaron Rocke

**Alyson Dimmitt Gnam**

| | |
|---|---|
| **From:** | Aaron Rocke <Aaron@rockelaw.com> |
| **Sent:** | Thursday, September 14, 2017 4:00 PM |
| **To:** | Kadya_Peter@wawd.uscourts.gov |
| **Cc:** | Alyson Dimmitt Gnam; CARMEN FLORES; Francisco Santelices; Francisco Santelices L.; Jeremy Bartels; Mary Welch; ROBERTA STEELE; Sam Sudore; TERI HEALY |
| **Subject:** | RE: C15-1563RAJ - EEOC v. Trans Ocean Seafoods -- Possible Settlement Conference Dates |
| **Attachments:** | 170914 Notice of Atty Lien.pdf |

Dear Kadya,

The lawyers in my firm have withdrawn from representing Defendant Trans Ocean, which has been acknowledged by today's minute order. Following the entry of that order, my law firm filed the attached notice of attorney lien. Under Washington law, the lien is powerful enough to attach to money in Trans Ocean's hands or follow it to those who receive it, such as the plaintiffs.

Because the plaintiffs cannot accept any monetary recovery without addressing this lien, please let me know if Judge Theiler would like my firm to participate in the mediation representing its own interests. Also, we might want to give the plaintiffs a day or two to think about whether they want to continue the litigation in light of what they know about the defendant's finances. If the mediation goes forward and Judge Theiler would like our participation, would you be so kind as to let me know where you left off in scheduling?

Regards,

Aaron V. Rocke
Rocke Law Group, PLLC
101 Yesler Way, Suite 603
Seattle, WA 98104
(206) 652-8670


-----Original Message-----
From: Kadya_Peter@wawd.uscourts.gov [mailto:Kadya_Peter@wawd.uscourts.gov]
Sent: Thursday, September 14, 2017 11:26 AM
To: Aaron Rocke <Aaron@rockelaw.com>
Cc: Alyson Dimmitt Gnam <alysond@nwjustice.org>; CARMEN FLORES <CARMEN.FLORES@EEOC.GOV>; Francisco Santelices <fj.santelicesl@gmail.com>; Francisco Santelices L. <fsanteliceslorca@gmail.com>; Jeremy Bartels <jeremy@rockelaw.com>; Mary Welch <maryw@nwjustice.org>; ROBERTA STEELE <ROBERTA.STEELE@EEOC.GOV>; Sam Sudore <samsudore@gmail.com>; TERI HEALY <TERI.HEALY@EEOC.GOV>; VICTORIA RICHARDSON <VICTORIA.RICHARDSON@EEOC.GOV>
Subject: RE: C15-1563RAJ - EEOC v. Trans Ocean Seafoods -- Possible Settlement Conference Dates

Thank you Mr. Rocke. Per Judge Jones' Chambers, both you and Mr. Bartels are now fully withdrawn from the case. I appreciate you including Mr.
Sudore and Mr. Santelices in this chain.

Best,
Kadya

    (Embedded Kadya Peter

1

```
    image    moved Courtroom Deputy to The Hon. Mary
             to file: Alice Theiler
   pic01842.gif) United States Magistrate Judge
                 Western District of Washington
                 Phone: (206) 370-8420
                 Email:
                 Kadya_Peter@wawd.uscourts.gov
```

```
From:  Aaron Rocke <Aaron@rockelaw.com>
To:    "Kadya_Peter@wawd.uscourts.gov" <Kadya_Peter@wawd.uscourts.gov>
Cc:    Jeremy Bartels <jeremy@rockelaw.com>, CARMEN FLORES
       <CARMEN.FLORES@EEOC.GOV>, Mary Welch <maryw@nwjustice.org>,
       ROBERTA STEELE <ROBERTA.STEELE@EEOC.GOV>, TERI HEALY
       <TERI.HEALY@EEOC.GOV>, "VICTORIA RICHARDSON"
       <VICTORIA.RICHARDSON@EEOC.GOV>, Alyson Dimmitt Gnam
       <alysond@nwjustice.org>, Sam Sudore <samsudore@gmail.com>,
       "Francisco Santelices L." <fsanteliceslorca@gmail.com>,
       Francisco Santelices <fj.santelicesl@gmail.com>
Date:  09/13/2017 03:57 PM
Subject:   RE: C15-1563RAJ - EEOC v. Trans Ocean Seafoods -- Possible
           Settlement Conference Dates
```

Consistent with Dkt. 228 and oral statements at hearings, Mr. Bartels and I consider ourselves withdrawn from representing Defendant Trans Ocean. My office will coordinate with Judge Jones's chambers about whether the court will update ECF and the court record on this point.

I have cc'd Mr. Sam Sudore, who is the principal for Trans Ocean and may appear on its behalf, and Francisco Santelices.

Regards,

Aaron V. Rocke
Rocke Law Group, PLLC
101 Yesler Way, Suite 603
Seattle, WA 98104
(206) 652-8670


-----Original Message-----
From: Kadya_Peter@wawd.uscourts.gov [mailto:Kadya_Peter@wawd.uscourts.gov]
Sent: Wednesday, September 13, 2017 3:35 PM
To: Jeremy Bartels <jeremy@rockelaw.com>; Aaron Rocke <Aaron@rockelaw.com>; Alyson Dimmitt Gnam <alysond@nwjustice.org>; CARMEN FLORES <CARMEN.FLORES@EEOC.GOV>; Mary Welch <maryw@nwjustice.org>; ROBERTA STEELE <ROBERTA.STEELE@EEOC.GOV>; TERI HEALY <TERI.HEALY@EEOC.GOV>; VICTORIA RICHARDSON <VICTORIA.RICHARDSON@EEOC.GOV>
Subject: C15-1563RAJ - EEOC v. Trans Ocean Seafoods -- Possible Settlement Conference Dates

2

Good Afternoon Counsel,

As you know, the above matter has been referred to Judge Mary Alice Theiler for the purpose of conducting a Settlement Conference. Judge Theiler has directed me to set a full-day Settlement Conference, beginning at 9:30am and on a date that works best for all parties. The earliest Judge Theiler can conduct this conference is the beginning of October, as she is currently on criminal duty.  I have listed a few dates below that will work for the Court. Please let me know which date works best for the parties or if you need possible dates set further out.

Should you have any questions or concerns, do not hesitate to contact me.

Monday, October 2
Tuesday, October 3
Wednesday, October 4

Thank you,
Kadya

(Embedded image moved to file: pic12316.gif) Kadya Peter
Courtroom Deputy to The Hon. Mary Alice Theiler
United States Magistrate Judge
Western District of Washington
Phone: (206) 370-8420
Email: Kadya_Peter@wawd.uscourts.gov

3