**THE HONORABLE RICHARD A. JONES**

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | Case No. C: 15-01563 RAJ |
| Plaintiff, | **[PROPOSED]** ORDER |
| and, | **APPROVING CONSENT DECREE** |
| SERAPIA MATAMOROS, et al., | |
| Plaintiff-Intervenors, | |
| v. | |
| TRANS OCEAN SEAFOODS, INC., | |
| Defendant. | |

The Court, having considered the foregoing stipulated agreement of the parties, HEREBY ORDERS THAT the Consent Decree (Dkt. #259) be, and the same hereby is, approved as the final decree of this Court in full settlement of this action.  This lawsuit is hereby

[PROPOSED] ORDER APPROVING CONSENT DECREE
2:15-CV-01563-RAJ
Page 1 of 2

**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**909 First Avenue, Suite 400**
**Seattle, Washington  98104-1061**
**Telephone:  (206) 220-6883**
**Facsimile:  (206) 220-6911**
**TDD:  (206) 220-6882**

dismissed with prejudice and without costs or attorneys' fees.  The Court retains jurisdiction of this matter for purposes of enforcing the Consent Decree approved herein.

DATED this 21st day of November, 2017.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

[PROPOSED] ORDER APPROVING CONSENT DECREE
2:15-CV-01563-RAJ
Page 2 of 2

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6883
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882