THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | No. 2:15-CV-01563-RAJ |
| Plaintiff, and, | ORDER |
| SERAPIA MATAMOROS PEREA, ELENA PEREA OLEA, and CELIA SANCHEZ PEREA, | |
| Plaintiffs-Intervenors, v. | |
| TRANS OCEAN SEAFOODS, INC., dba NEW ENGLAND SHELLFISH , | |
| Defendant. | |

This matter comes before the Court on Plaintiffs-Intervenors'
Motion to Quash the attorney lien filed by Rocke Law Group, PLLC
("Rocke"). Dkt. # 260. Rocke opposes the Motion. Dkt. # 264. Having
considered the Motion, the Response, the relevant portions of the record,

and the applicable law, the Court **GRANTS** Plaintiffs-Intervenors'
Motion.

The Court **ORDERS** that the attorney lien filed Rocke Law Group,
PLLC is quashed in relation to any funds owed by Trans Ocean Seafoods,
Inc. to Plaintiffs-Intervenors, including, but not limited to, funds in the
form of damages, costs, and attorney fees.

DATED this 1st day of May, 2018.


The Honorable Richard A.
Jones
United States District Judge